UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2/25/21

| |
|---|
| Nieman, et al., |
| Plaintiff, |
| - *against* - |
| Neuman, et al., |
| Defendant, |

ORDER

7:16-cv-07713-PED

PAUL E. DAVISON, U.S.M.J.

The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

Dated: February 25, 2021
        White Plains, New York

SO-ORDERED:

PAUL E. DAVISON, U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Feb 25, 2021**